NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| JAMES EDWARD THOMAS, DOC #D48420, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D17-3780 |
| STATE OF FLORIDA, | ) ) | |
| Appellee. | ) ) ) | |

Opinion filed August 22, 2018.

Appeal from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.